UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| AYANA HARDIMAN-DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH QUEST, INC. d/b/a<br>Southridge Healthcare,<br><br>Defendant | No. 14-CV-04164<br><br><br><br>STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br>and (B) |

It is hereby stipulated by all the parties to this action that all Plaintiff's claims in her complaint as set forth in the above-captioned case are voluntarily dismissed with prejudice pursuant to Federal Rule 41(a)(1)(A)(ii) and (B) of the Federal Rules of Civil Procedure. Each party will bear its own costs and expenses, including legal fees.

RESPECTFULLY SUBMITTED THIS 25th DAY OF JUNE, 2015.

**COUNSEL FOR PLAINTIFF:**

_____
Jack J. Nichols
NICHOLS & RABUCK, P.C.
427 N. Minnesota Ave., Ste 101
Sioux Falls, SD 57104
(605) 332-6803
jack@nicholsrabuck.com

**COUNSEL FOR DEFENDANT:**

_____
Brian K. Kirby
LINDQUIST & VENNUM, LLP
101 S. Reid Street, Suite 302
Sioux Falls, SD 57103
(605) 978-5206
bkirby@lindquist.com

_____
Ayana Hardiman-Davis

**Healthquest, Inc.
d/b/a Southridge Healthcare,**

_____
by: Brian Casey
Its: C.E.O.