UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUL 08 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AYANA HARDIMAN-DAVIS, | CIV 14-4164 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| HEALTH QUEST, INC., d/b/a Southridge Healthcare, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation of Voluntary Dismissal with Prejudice, Doc. 16, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed on the merits, with prejudice.

Dated this _8_ day of July, 2015.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Jennifer Stevens_
         Deputy